In the Matter of the Claim of NORA CUMMINGS, Respondent, against BOARD OF WATER COMMISSIONERS and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence to sustain the findings. Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of FAUSTINA CARPINO, Respondent, against JUNG BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of JOHN HEALY, Respondent, against CHARLES A. RAMEY & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted to the State Industrial Board, on the ground that the finding of the Board that there was an aggravation of a previous rheumatic condition, resulting in seven and one-half per cent permanent loss of use of complaint's right hand, is not sustained by the evidence. Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ., concur.

In the Matter of the Claim of FRANK STUBER, Appellant, against NESTLE'S FOOD COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, without costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of JOSEPH MACIK, Respondent, against LUTHER MANUFACTURING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of BURT M. ROCKETT, Respondent, against BORDEN'S FARM PRODUCTS COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, Hinman, McCann and Davis, JJ., concur; Cochrane, P. J., not voting.

In the Matter of the Claim of ANNA KAWULA, Respondent, against TROY MALLE-ABLE IRON COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of ROBERT KOLODICK, Respondent, against GENERAL ELECTRIC COMPANY, Appellant.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award is made pursuant to paragraph u of subdivision 3 of section 15 of the Workmen's Compensation Law without determining or making any finding as to claimant's wage-earning capacity. Cochrane, P. J., Van Kirk, Hinman and Davis, JJ., concur; Whitmyer, J., not sitting.